# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA CAREFOOT, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00456 AWI JLT<br><br>ORDER TO PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION; ORDER CONTINUING SCHEDULING CONFERENCE |

On March 29, 2017, Priscilla Carefoot initiated this action on her own behalf and on behalf of the minor child, J.H. (Doc. 1) The next day, the Court issued the summonses (Doc. 6, 7) and its order setting the mandatory scheduling conference to occur on May 15, 2016. (Doc. 8) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 8 at 1-2, emphasis added) Nevertheless, Plaintiff has not filed a proof of service of the summons and complaint as to any defendant. Therefore, the Court **ORDERS**,

    1.    **No later than June 30, 2017**, the plaintiff **SHALL** show cause why sanctions should

not be imposed for the failure to serve and file proofs of service on the defendants. Alternatively, the plaintiff may file proofs of service;

    2.    Due the failure of the plaintiff to serve the summonses and complaint, the scheduling conference, currently set on June 28, 2017 is **CONTINUED** to **August 11, 2017** at 8:30 a.m.

**Plaintiff is reminded of the service obligations under Fed. R. Civ. P. 4. Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

    Dated:   **June 19, 2017**          **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE