1 | **MARK L. NATIONS, INTERIM COUNTY COUNSEL**
**By: Andrew C. Thomson, Deputy (Bar # 149057)**
2 | **Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
3 | **Bakersfield, CA 93301**
**Telephone 661-868-3800**
4 | **Fax 661-868-3805**
5 | **Attorneys for Defendants County of Kern,**
**Duckworth, Stephens and Edwards**
6 |
7 | **Vincent W. Davis, Esq. (SBN 125399)**
**Daniel C. Sharpe, Esq.(SBN 267075)**
8 | **Law Offices of Vincent W. Davis & Associates**
**150 N. Santa Anita Avenue, Suite 200**
9 | **Arcadia, CA 91006**
10 | **Phone: (626)446-6442**
**Facsimile (626) 446-6454**
11 | **Attorneys for Plaintiffs Carefoot and J.H.**
12 |
13 | **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
14 |
15 | **PRISCILLA CAREFOOT; J.H., a minor** ) Case No.: 1:17-CV-00456-AWI-JLT
16 | **by and through his Guardian Ad Litem,** )
**Priscilla Carefoot,** ) **STIPULATION TO STRIKE PORTIONS**
17 | ) **OF THE COMPLAINT AND**
**Plaintiffs,** ) **WITHDRAW DEFENDANTS' MOTION**
18 | ) **TO STRIKE [Doc. 17] and ORDER**
**v.** ) **THEREON**
19 | )
20 | **COUNTY OF KERN, by and through** )
**THE KERN COUNTY DEPARTMENT** )
21 | **OF HUMAN SERVICES; KIM** )
**DUCKWORTH, an Individual; ANNIE** )
22 | **STEPHENS, an Individual; KENISHA** )
23 | **EDWARDS, an Individual; and DOES 1** )
**through 50, inclusive,** )
24 | )
25 | **Defendants.** )
)
26 |
27 |
28 |

1     **COME NOW** the Parties in this matter, and present this Stipulation to strike portions
2 of the Complaint and to withdraw the Motion to Strike.
3     Plaintiffs PRISCILLA CAREFOOT and J.H., a minor by and through his Guardian Ad
4 Litem, Priscilla Carefoot, (hereinafter collectively "Plaintiffs") are represented by Vincent W.
5 Davis and Daniel C. Sharpe of the Law Offices of Vincent W. Davis & Associates.
6     Defendants COUNTY OF KERN, by and through the Kern County Department of
7 Human Services; KIM DUCKWORTH, ANNIE STEPHENS and KENISHA EDWARDS
8 (hereinafter collectively "Defendants") are represented by Andrew C. Thomson, of the Office
9 of Kern County Counsel.
10     Plaintiffs and Defendants are hereinafter collectively referred to as the "Parties" and
11 provide as follows:
12     **THE PARTIES FIND AND AGREE AS FOLLOWS:**
13     On or about July 13, 2017 Defendants filed a Motion to Strike Portions of Plaintiffs'
14 Complaint. After discussions, the Parties agree and stipulate to the following:
15     Paragraphs 7, 8 and 9 of the Complaint contain the phrase "the matter of the minor
16 Plaintiffs J.H. and M.K."
17     The Parties agree that M.K. is not a plaintiff in this litigation and that the inadvertent
18 "s" on the word "Plaintiffs" was a mere typographical error and was not intended to denote
19 that M.K. was a plaintiff in this matter.
20     The Parties agree that the word ""Plaintiffs" was intended to be "Plaintiff."
21     The Parties therefore agree to strike the letter "s" in the word "Plaintiffs" in the phrase
22 "the matter of the minor Plaintiffs J.H. and M.K." in paragraphs 7, 8 and 9.
23     The Parties agree that the subject phrase in paragraphs 7, 8 and 9 will read "the matter
24 of the minor Plaintiff J.H. and M.K."
25     The Parties agree that with the granting of the attached Order for this stipulation, the
26 Defendants' Motion to Strike is withdrawn as moot.
27     **IT IS THEREFOR STIPULATED:**
28

**Stipulation to Strike Portions of the Complaint and Withdraw Defendants' Motion to Strike**

Based upon the foregoing, the Parties agree and stipulate, as follows:

The letter "s" in the word "Plaintiffs" in the phrase "the matter of the minor Plaintiffs J.H. and M.K." will be stricken from paragraphs 7, 8 and 9.

The subject phrase in paragraphs 7, 8 and 9 will now read "the matter of the minor Plaintiff J.H. and M.K."

With the granting of the attached Order for this stipulation, the Defendants' Motion to Strike is withdrawn as moot.

DATED: July 17, 2017      **Law Offices of Vincent W. Davis & Associates**

By: /s/ Daniel C. Sharpe
Vincent W. Davis, Esq.
Daniel C. Sharpe, Esq.
Attorneys for Plaintiffs Carefoot and J.H.

DATED: July 17, 2017      **Mark L. Nations, Interim County Counsel**

By: /s/ Andrew C. Thomson
Andrew C. Thomson, Deputy
Attorneys for Defendants County of Kern,
Duckworth, Stephens and Edwards

IT IS SO ORDERED.

Dated: July 21, 2017      _____
SENIOR DISTRICT JUDGE

**Stipulation to Strike Portions of the Complaint and Withdraw Defendants' Motion to Strike**