# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA CAREFOOT, et al., | ) Case No.: 1:17-cv-00456 AWI JLT |
| Plaintiffs, | ) ORDER TO PLAINTIFF TO PROVIDE ALL |
| v. | ) JUVENILE RECORDS IN HER POSSESSION |
| COUNTY OF KERN, et al., | ) |
| Defendants. | ) |

Due to the related juvenile dependency action, the Court is aware that the plaintiff is likely in possession of records produced during that proceeding. However, due to the restrictions of California's Welfare and Institutions Code § 827, the Court is informed that she has not shared these records with her attorney and, therefore, the defense has not reviewed these documents. Thus, the Court **ORDERS**:

1. The plaintiff **SHALL** produce all juvenile court records within her control to her attorney and no later than **February 9, 2018**, plaintiff's counsel **SHALL** provide a copy of these records to the attorney for the defendants;

///

///

///

///

1

2. The protective order (Doc. 25) is modified to designate as confidential all records of any child, including any medical, law enforcement or juvenile records related to any child. Thus, any such records come within and are protected by the protective order and the parties **SHALL** follow the procedures set forth in the protective order related to these records.

IT IS SO ORDERED.

Dated: **January 23, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE