**MARK L. NATIONS, COUNTY COUNSEL**
**By: Kathleen Rivera, Deputy (Bar # 211606)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**
**Attorneys for Defendants**

**Vincent W. Davis, Esq. (SBN 125399)**
**Daniel C. Sharpe, Esq.(SBN 267075)**
**Law Offices of Vincent W. Davis & Associates**
**150 N. Santa Anita Avenue, Suite 200**
**Arcadia, CA 91006**
**Phone: (626)446-6442**
**Facsimile (626) 446-6454**
**Attorneys for Plaintiffs Carefoot and J.H.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRISCILLA CAREFOOT; J.H., a minor by and through his Guardian Ad Litem, Priscilla Carefoot,**<br><br>　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF KERN, et al.,**<br><br>　　　　　　　**Defendants.** | Case No.: 1:17-CV-00456-AWI-JLT<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 30) |

　　　　Good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

　　　　1.　　All non-expert discovery **SHALL** be completed by **December 21, 2018**;

　　　　2.　　The parties **SHALL** disclose experts by **January 4, 2019** and any rebuttal experts by **February 4, 2019**.

　　　　3.　　All expert discovery **SHALL** be completed by **February 22, 2019**;

1

___

[~~Proposed~~] Order to Augment the Scheduling Order

4. Any non-dispositive motions **SHALL** be filed by **March 8, 2019** and heard by **April 5, 2019**;

5. Dispositive motions **SHALL** be filed by **April 26, 2019** and heard by **June 10, 2019**;

6. The pretrial conference is **CONTINUED** to **August 1, 2019** at 10:00 a.m. before District Judge Anthony W. Ishii;

7. The trial is **CONTINUED** to **October 1, 2019** at 8:30 a.m. before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

   Dated:   **May 24, 2018**                      **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order to Augment the Scheduling Order