# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA CAREFOOT, et al., | ) Case No.: 1:17-CV-00456-AWI-JLT |
| Plaintiffs, | ) ORDER GRANTING STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE HEARING |
| v. | ) (Doc. 32) |
| COUNTY OF KERN, et al., | ) |
| Defendants. | ) |

The parties report that the matter is not in a settlement posture and request the settlement conference to be re-set to be closer to the new trial date. (Doc. 32) Thus, the Court **ORDERS**:

1. The stipulation is **GRANTED** and the settlement conference is continued to April 8, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **July 9, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE