**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PRISCILLA CAREFOOT; J.H., a minor by and through his Guardian Ad Litem, Priscilla Carefoot,** | **CASE NO: 1:17-CV-00456-AWI-JLT** |
| **Plaintiffs** | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FRCP 15(a)(2), TO ADD DEFENDANT PATTY ROSALES** |
| **v.** | |
| **COUNTY OF KERN, et al.,** | (Doc. 34) |
| **Defendants** | |

The parties have stipulated to allow the plaintiff to amend her complaint to add a defendant to the action. (Doc. 34 at 3) Thus, good cause appearing, the Court **ORDERS**:

1.      The stipulation to amend the complaint is **GRANTED**:

2.      The plaintiff may file the proposed First Amended Complaint be filed within 3 days of this order;

3.      The defendants SHALL respond to the complaint within 14 days of the filing of the amended complaint.

IT IS SO ORDERED.

Dated:   **September 25, 2018**           **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE