# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRISCILLA CAREFOOT; J.H., a minor by and through his Guardian Ad Litem, Priscilla Carefoot,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF KERN, et al.**<br>Defendants. | Case No.: 1:17-CV-00456-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br>**(Doc. 39)** |

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1. All non-expert discovery **SHALL** be completed by **March 22, 2019**;

2. The parties **SHALL** disclose experts by **April 5, 2019** and any rebuttal experts by **May 6, 2019**;

3. All expert discovery **SHALL** be completed by **May 24, 2019**;

4. Any non-dispositive motions **SHALL** be filed by **June 7, 2019** and heard by **July 5, 2019**;

5. Dispositive motions **SHALL** be filed by **July 26, 2019** and heard by **September 16, 2019**;

- 1 -

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND RELATED CUTOFF DATES

6. The pretrial conference is **CONTINUED** to **November 14, 2019** at 10:00 a.m. before District Judge Anthony W. Ishii;

7. The trial is **CONTINUED** to **January 21, 2020** at 8:30 a.m. before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __December 17, 2018__  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE