# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA CAREFOOT; J.H., a minor by and through his Guardian Ad Litem, Priscilla Carefoot,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, et al.<br><br>Defendants. | Case No.: 1:17-CV-00456-AWI-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 46) |

The parties report they had come to terms of settlement. (Doc. 46) They indicate they will seek dismissal of the action soon but fail to indicate when the petition for approval of the minor's compromise will be filed. Id. at 2. Thus, the Court **ORDERS**:

1. The petition for approval of the minor's compromise **SHALL** be filed **no later than June 17, 2019**;

2. All pending dates, conferences and hearings are **VACATED**.

///
///
///
///

1

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **May 18, 2019**                      **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE