**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRISCILLA CAREFOOT, et al., | ) Case No.: 1:17-cv-00456-AWI-JLT |
| | ) |
| Plaintiffs, | ) ORDER TO THE PARTIES TO SHOW CAUSE |
| | ) WHY SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) FOR THEIR FAILURE TO COMPLY WITH THE |
| | ) COURT'S ORDER TO FILE DISMISSAL |
| COUNTY OF KERN, et al., | ) DOCUMENTS |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

The Court adopted the findings and recommendation to grant the petition for the minor's compromise. (Doc. 52.) In doing so, the Court ordered the parties "to file with the Court a stipulation for dismissal of the action with prejudice, and lodge a separate order, within 45 days of the date of service of this Order." Id. at 2. Despite the expiration of the 45-day period, the parties have failed to comply. Therefore, the Court **ORDERS**:

1. **Within 14 days**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order to file the stipulated dismissal and to lodge a separate order. Alternatively, they may file and lodge the overdue documents.

IT IS SO ORDERED.

Dated: __October 22, 2019__          _____/s/ Jennifer L. Thurston_____
                                     UNITED STATES MAGISTRATE JUDGE