1  MARGO A. RAISON, COUNTY COUNSEL
   By: Kathleen Rivera (SNB 211606)
2  Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone 661-868-3800
   Fax 661-868-3805
5  Attorneys for Defendants County of Kern, Kim Duckworth,
6  Annie Stephens, Kenisha Edwards and Patty Rosales

7
   Vincent W. Davis, Esq. (SBN 125399)
8  Daniel C. Sharpe, Esq.(SBN 267075)
9  Law Offices of Vincent W. Davis & Associates
   150 N. Santa Anita Avenue, Suite 200
10 Arcadia, CA 91006
   Phone: (626)446-6442
11 Facsimile (626) 446-6454
12 Attorneys for Plaintiffs Carefoot and J.H.

13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA CAREFOOT; J.H., a minor by and through his Guardian Ad Litem, Priscilla Carefoot,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, by and through THE KERN COUNTY DEPARTMENT OF HUMAN SERVICES; KIM DUCKWORTH, an Individual; ANNIE STEPHENS, an Individual; KENISHA EDWARDS, an Individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:17-CV-00456-AWI-JLT<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER CLOSING THE ACTION<br><br>(Doc. 54) |

///

1
_____
Stipulation to Dismiss the Matter with Prejudice

# JOINT STIPULATION

**COME NOW** the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

1. On August 20, 2019, this court granted the Petition to approve settlement of the claims of the minor, J.H, in this matter;

2. The parties have fully executed a Settlement and Release on behalf of both plaintiffs;

3. The County of Kern has submitted settlement checks to the plaintiffs' counsel according to the terms of the settlement.

THEREFORE, the parties through counsel stipulate that this matter be DISMISSED WITH PREJUDICE.

Dated: October 22, 2019     MARGO A. RAISON, COUNTY COUNSEL


By: /s/ Kathleen Rivera
Kathleen Rivera, Deputy
Attorneys for Defendants


Dated: October 22, 2019     By: /s/ Edna Wenning, Esq.
Daniel C. Sharpe, Esq.
Attorney for Plaintiff Priscilla Carefoot and J.H.

# **ORDER**

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 54) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 22, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Dismiss the Matter with Prejudice